■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JAMES T. HALL, Defendant. [19 NYS3d 898]—Application by the defendant for a writ of error coram nobis seeking leave to file an application for leave to appeal to this Court from an order of the County Court, Westchester County, dated July 10, 2008, which denied his motion pursuant to CPL 440.10 to vacate two judgments of the same court rendered January 8, 1990, and August 7, 1998, respectively.

Ordered that the application is denied.

The relief requested is not available (*see People v Syville*, 15 NY3d 391 [2010]). Dillon, J.P., Roman, Duffy and LaSalle, JJ., concur.